998

No. 77–5318. MINJARES v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 77–5334. WRIGHT v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 77–5369. PAPRSKAR v. WHITESIDE ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–5384. BELT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5388. BROWN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 77–5424. SEARCY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5445. TINOCO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–5490. PEEKS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5495. TAYLOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5543. RAITPORT v. CHEMICAL BANK ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–5562. NICHELSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5584. FORBES v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5614. FAIRCHILD v. MUNICIPAL COURT OF CALIFORNIA, IMPERIAL COUNTY, IMPERIAL JUDICIAL DISTRICT. Ct. App. Cal., 4th App. Dist. Certiorari denied.